# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARD, LLC

VERSUS

HORNBECK OFFSHORE SERVICES,
LLC

NO.   2022 CW 0779

**SEPTEMBER 2, 2022**

---

In Re:   Zurich American Insurance Company and Fidelity and
Deposit Company of Maryland, applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 201814866.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY LIFTED, WRIT GRANTED WITH ORDER.**  The trial court's
July 7, 2022 judgment granting the motion to compel filed by
Hornbeck Offshore Services, LLC is vacated, and this matter is
remanded to the trial court with instructions to order the
documents produced to it and conduct an *in camera* review to
determine which documents, if any, are discoverable.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT